**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
TRUSTEES OF THE 1199SEIU
NATIONAL BENEFIT FUND FOR
HEALTH AND HUMAN SERVICE EMPLOYEES,

                                                **18 CV 7123(AMD)(CLP)**

        Plaintiff,

    -against-                                    **NOTICE OF MOTION**

ALFRED COTTO, SOL SOKEL, LAW OFFICE
OF WILLIAM PAGER, AND WILLIAM
PAGER, ESQ,

        Defendants.
--------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law, and the

Declaration of Hugo B. Spindola, sworn to on January 30, 2020, the undersigned, counsel

for Plaintiff, hereby moves the Court for an order to dismiss for summary judgment in

favor of the Plaintiff. The oral argument before this Court, if any, shall be held on a date

and at a time to be designated by the Court, at the courthouse located at 225 Cadman Plaza

East, Brooklyn, New York, 11201.

        January 30, 2020

                              Respectfully Submitted,

                              By:_____/s/_____
                                  Jennifer D. Weekley
                                  Asst. General Counsel

Legal Department
1199SEIU National Benefit and
Pension Funds
330 W. 42nd Street, 31st Flr
New York, NY 10036
(646) 473-6042 (phone)
Attorney for Plaintiff